**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GURJANT SINGH** | : | **CIVIL ACTION NO. 1:26-CV-2185** |
| | : | |
| **Petitioner,** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **ANGELA HOOVER, WARDEN of Clinton County Correctional Facility,** | : | |
| | : | |
| | : | |
| **Respondent.** | : | |

**ORDER**

AND NOW, this 29th day of September, 2026, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is GRANTED.

2. Respondent shall IMMEDIATELY RELEASE petitioner from custody on his own recognizance.

3. Respondent shall certify compliance with this order by filing a declaration or affidavit pursuant to 28 U.S.C. § 1746 no later than **Monday, October 5, 2026 at 5:00 p.m.** confirming that petitioner has been released from detention.

4. Respondent and the government are PERMANENTLY ENJOINED from detaining petitioner pursuant to 8 U.S.C. § 1225.

5. Within 30 days of the date of this order, petitioner may file a motion for fees and costs pursuant under the Equal Access to Justice Act. See Michelin v. Warden Moshannon Valley Corr. Ctr., 169 F. 4th 418, No. 24-2990, 2026 WL 263483 (3d Cir. Feb. 2, 2026).

6. The Clerk of Court is directed to enter judgment in favor of petitioner and close this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania